# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ALAN G. HAMPTON<br><br>      Defendant. | Case No. 13-00402-01-CR-W-GAF |

## ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for An Order of Forfeiture. (Doc. 25)

WHEREAS, on January 26, 2015, the defendant Alan G. Hampton entered into a Plea Agreement with the United States in which the defendant agreed that he had obtained $3,040.00 in proceeds from the offenses alleged in Counts One and Six of the Indictment, for which the defendant has been convicted, and

WHEREAS, the United States has filed a motion for an order of forfeiture which would consist of a personal money judgment against the defendant Alan G. Hampton in the amount of $3,040.00. The Court will orally announce the money judgment amount at the time of sentencing, and will include the final calculated amount in the Judgment and Commitment Order, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $3,040.00 pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4)(a), this Order of Forfeiture shall become final as to the defendant at the time of sentencing [or before sentencing if the defendant consents], and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that pursuant to 21 U.S.C. § 853(p) and Rule 32.2(b)(3) the United States may undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $3,040.00 to satisfy the money judgment in whole or in part.

SO ORDERED:

Dated: March 9, 2015

/s/ Gary A. Fenner
GARY A. FENNER
UNITED STATES DISTRICT JUDGE